In the Matter of the Will of ANTONETTA IOVINELLA,
                        Deceased.

SALVATORE IOVINELLA, Appellant; MARY RASSO et al.,
                as Executors, Respondents.

*Matter of Iovinella*, 166 App. Div. 460, appeal dismissed.
(Submitted March 22, 1915; decided March 26, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the third
judicial department, entered March 9, 1915, which
affirmed an order of the court at a Trial Term striking
from its calendar a proceeding for the probate of a will,
controverted questions of fact arising therein having been
certified by the Schenectady County Surrogate's Court to
be tried thereat by a jury, and sending the same back to
said Surrogate's Court for trial and determination on the
ground that said proceeding was commenced prior to
September 1, 1914, and that, therefore, the provisions of
chapter 443 of the Laws of 1914 did not apply.

The motion was made upon the ground that the order
is not one finally determining an action or special proceed-
ing and is, therefore, not appealable to the Court of
Appeals.

*Henry S. Baehler* for motion.

*Nathaniel B. Spalding* opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.

---

RACHEL M. RADLEY, as Executrix of EARL RADLEY,
    Deceased, Respondent, *v.* LERAY PAPER COMPANY,
    Appellant.

(Submitted March 22, 1915; decided March 26, 1915.)

Motion for re-argument denied, with ten dollars costs.
(See 214 N. Y. 32.)